OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.  Your
comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


McCoy, Appellee, v. Western Reserve Mutual Lightning Rod Mutual
Insurance Company, Appellant.
[Cite as McCoy v. W. Res. Mut. Lightning Rod Mut. Ins. Co.
(1994),    Ohio St.3d    .]
Automobile liability insurance -- Uninsured motorist coverage
     designed to protect persons, not vehicles -- Policy
     provision which eliminates uninsured motorist coverage for
     persons insured thereunder who are injured while occupying
     a motor vehicle owned by an insured, but not specifically
     listed in the policy, violates R.C. 3937.18 and is invalid.
     (No. 93-1882 -- Submitted August 31, 1994 -- Decided
October 5, 1994.)
     Certified by the Court of Appeals for Montgomery County,
No. 13808.

     Dyer, Garofalo, Mann & Schultz, Ronald E. Schultz and
Kimberly K. Harshbarger, for appellee.
     Pickrel, Schaeffer & Ebeling, Andrew C. Storar and L.
Michael Bly, for appellant.
     Scanlon & Henretta Co., L.P.A., J. Thomas Henretta and Ann
Marie O'Brien, urging affirmance for amicus curiae, Ohio Academy
of Trial Lawyers.
     Mark J. Huller and Lisa A. Love, urging reversal for amicus
curiae, Cincinnati Insurance Company.
     Olds, Lynett & Bradshaw Co., L.P.A., and John J. Lynett,
urging reversal for amicus curiae, Ohio Insurance Institute.

     The judgment of the court of appeals is affirmed on the
authority of Martin v. Midwestern Group Ins. Co. (1994),
Ohio St.3d    ,    N.E.2d    , decided today.
     A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer,
JJ., concur.
     Moyer, C.J., concurs separately.
     Wright, J., dissents for the reasons stated in the
dissenting opinions in Martin v. Midwestern Group Ins. Co.
(1994),    Ohio St.3d    ,    N.E.2d    .
     Moyer, C.J., concurring separately.  I concur separately in
the judgment entry in the above-styled case.  As my dissent in

Martin v. Midwestern Group Ins. Co. (1994),      Ohio St.3d
,      N.E.2d    , stated, I do not agree with the law announced
in the majority decision.  Nevertheless, it is the law on the
issue in the above-styled case.  As I believe all parties should
receive equal application of the law announced by this court,
and only for that reason, I concur in the judgment entry.